# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

CHAPMAN & ASSOCIATES, P.C.
d/b/a CHAPMAN LAW GROUP,

    Plaintiff,

v.

YESCARE, ISAAC LEFKOWITZ,
(individually and corporate capacity), and
SCOTT KING, (corporate capacity only),

    Defendants.

Case No: 2:23-cv-11210
District Judge: Bernard A. Friedman
Magistrate Judge: Kimberly G. Altman

---

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
Jonathan C. Lanesky (P59740)
*Attorneys for Plaintiff*
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
jlanesky@chapmanlawgroup.com

---

## CHAPMAN & ASSOCIATES, P.C. D/B/A CHAPMAN LAW GROUP'S PROOF OF SERVICE OF SUMMONS AND COMPLAINT

The Summons and Complaint were served on Defendants YesCare, Isaac Lefkowitz, and Scott King by U.S. Postal Service Certified Mail. The signed return receipt, PS Form 3811 ("green card"), (**Attachment A**), is attached as proof of service on Defendants.

1

                                  Respectfully submitted,
                                  CHAPMAN LAW GROUP

Dated: June 5, 2023            */s/Ronald W. Chapman Sr.*
                                  Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
                                  Jonathan C. Lanesky (P59740)
                                  Attorneys for Plaintiff
                                  1441 West Long Lake Rd., Suite 310
                                  Troy, MI 48098
                                  (248) 644-6326
                                  rchapman@chapmanlawgroup.com
                                  jlanesky@chapmanlawgroup.com