**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHAPMAN & ASSOCIATES, P.C.,
d/b/a CHAPMAN LAW GROUP,

      Plaintiff,

v.

YESCARE, ISAAC LEFKOWITZ,
(individually and corporate capacity), and
SCOTT KING, (corporate capacity only),

      Defendants.

Case No. 2:23-cv-11210
District Judge: Bernard A. Friedman
Magistrate Judge: Kimberly G. Altman

_____/

| | |
|---|---|
| Ronald W. Chapman Sr. (P37603) | Max J. Newman (P51483) |
| Jonathan C. Lanesky (P59740) | Butzel Long, a professional corporation |
| 1441 West Long Lake Rd., Ste. 310 | 201 W. Big Beaver Rd., Ste. 1200 |
| Troy, MI 48098 | Troy, MI 48084 |
| 248.644-6326 | 248.258.2907 |
| rchapman@chapmanlawgroup.com | newman@butzel.com |
| jlanesky@chapmanlawgroup.com | Attorney for Defendants |
| Attorney for Plaintiff | |

_____/

**NOTICE OF HEARING**

    ***PLEASE TAKE NOTICE*** that Defendant Isaac Lefkowitz's Motion to Set Aside Entry of Default [9] will be brought for hearing before the Hon. Bernard A. Friedman on **_____, 2023 at _____ a.m.**

                                     Respectfully Submitted,

                                       /s/ Max J. Newman
                                       Max J. Newman (P51483)
                                       Butzel Long, a professional corporation
                                       201 W. Big Beaver, Ste. 1200
                                       Troy, MI 48084
                                       248.258.2907
                                       newman@butzel.com
                                       Attorney for Lefkowitz

DATED:      July 28, 2023