# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

CHAPMAN & ASSOCIATES, P.C.,
d/b/a CHAPMAN LAW GROUP,

    Plaintiff,

v.

YESCARE, ISAAC LEFKOWITZ,
(individually and corporate capacity), and
SCOTT KING, (corporate capacity only),

    Defendants.

Case No. 2:23-cv-11210
District Judge: Bernard A. Friedman
Magistrate Judge:  Kimberly G. Altman

_____/

| | |
|---|---|
| Ronald W. Chapman Sr. (P37603) | Max J. Newman (P51483) |
| Jonathan C. Lanesky (P59740) | Butzel Long, a professional corporation |
| 1441 West Long Lake Rd., Ste. 310 | 201 W. Big Beaver Rd., Ste. 1200 |
| Troy, MI  48098 | Troy, MI  48084 |
| 248.644-6326 | 248.258.2907 |
| rchapman@chapmanlawgroup.com | newman@butzel.com |
| jlanesky@chapmanlawgroup.com | Attorney for Defendants |
| Attorney for Plaintiff | |

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2023, I caused a true and correct copy *Defendant's Answer and Affirmative Defenses to First Amended Complaint [Doc 17* via email to the following individuals:

Drew.Warth@hklaw.com      IL@yescarecorp.com
Jennifer.Finger@sigmarm.org      Travis.Parham@hklaw.com
Scott.King@yescarecorp.com

Respectfully Submitted,

_/s/ Max J. Newman_____
Max J. Newman (P51483)
Butzel Long, a professional Corporation
201 W. Big Beaver, Ste. 1200
Troy, MI  48084
248.258.2907
newman@butzel.com
Attorney for Defendants

Dated:   August 17, 2023

IBUTZEL\000161681\0001\100394693.v1-8/17/23