IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAPMAN & ASSOCIATES, P.C.,
d/b/a CHAPMAN LAW GROUP,

      Plaintiff,

v.

YESCARE, ISAAC LEFKOWITZ,
(individually and corporate capacity), and
SCOTT KING, (corporate capacity only),

      Defendants.

Case No. 2:23-cv-11210
District Judge: Bernard A. Friedman
Magistrate Judge: Kimberly G. Altman

_____/

| | |
|---|---|
| Ronald W. Chapman Sr. (P37603) | Max J. Newman (P51483) |
| Jonathan C. Lanesky (P59740) | Butzel Long, a professional corporation |
| 1441 West Long Lake Rd., Ste. 310 | 201 W. Big Beaver Rd., Ste. 1200 |
| Troy, MI 48098 | Troy, MI 48084 |
| 248.644-6326 | 248.258.2907 |
| rchapman@chapmanlawgroup.com | newman@butzel.com |
| jlanesky@chapmanlawgroup.com | Attorney for Defendants |
| Attorney for Plaintiff | |

_____/

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2024, I caused a true and correct copy of *Defendant's Combined Motion and Brief Under Fed. R. Civ. P.6 to Extend Time to Respond to Discovery [Doc 24]* via the court's ECF system to the following individuals:

| | |
|---|---|
| jlanesky@chapmanlawgroup.com | rchapman@chapmanlawgroup.com |
| mkairis@chapmanlawgroup.com | npillow@chapmanlawgroup.com |
| smathes@chapmanlawgroup.com | |

      Respectfully Submitted,

      /s/ *Max J. Newman*_____
      Max J. Newman (P51483)
      Butzel Long, a professional Corporation
      201 W. Big Beaver, Ste. 1200
      Troy, MI 48084

Dated: January 23, 2024       248.258.2907
      newman@butzel.com
      Attorney for Defendants