**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

CHAPMAN & ASSOCIATES, P.C.
d/b/a CHAPMAN LAW GROUP,

      Plaintiff,

v.

YESCARE, ISAAC LEFKOWITZ,
(individually and corporate capacity), and
SCOTT KING, (corporate capacity only),

      Defendants.

Case No: 2:23-cv-11210
District Judge: Bernard A. Friedman
Magistrate Judge: Kimberly G. Altman

---

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
Jonathan C. Lanesky (P59740)
Nicholas B. Pillow (P83927)
*Attorneys for Plaintiff*
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
jlanesky@chapmanlawgroup.com
npillow@chapmanlawgroup.com

BUTZEL LONG
Max J. Newman (P51483)
*Attorney for YesCare, Isaac Lefkowitz,
and Scott King*
201 W. Big Beaver Rd., Suite 1200
Troy, MI 48084
(248) 258-2907
newman@butzel.com

---

**EXHIBIT A TO PLAINTIFF CHAPMAN LAW GROUP'S MOTION TO
COMPEL DISCOVERY FROM DEFENDANTS**

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

CHAPMAN & ASSOCIATES, P.C.
d/b/a CHAPMAN LAW GROUP,

     Plaintiff,

v.

YESCARE, ISAAC LEFKOWITZ,
(individually and corporate capacity), and
SCOTT KING, (corporate capacity only),

     Defendants.

Case No: 2:23-cv-11210
District Judge: Bernard A. Friedman
Magistrate Judge: Kimberly G. Altman

---

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
Jonathan C. Lanesky (P59740)
Nicholas B. Pillow (P83927)
*Attorneys for Plaintiff*
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
jlanesky@chapmanlawgroup.com
npillow@chapmanlawgroup.com

BUTZEL LONG
Max J. Newman (P51483)
*Attorney for YesCare, Isaac Lefkowitz,*
*and Scott King*
201 W. Big Beaver Rd., Suite 1200
Troy, MI 48084
(248) 258-2907
newman@butzel.com

---

## PLAINTIFF CHAPMAN & ASSOCIATES, P.C. D/B/A CHAPMAN LAW GROUP'S FIRST SET OF REQUEST FOR PRODUCTION DIRECTED TO YESCARE

NOW COMES Plaintiff CHAPMAN & ASSOCIATES, P.C. d/b/a

CHAPMAN LAW GROUP, by and through its counsel, CHAPMAN LAW

GROUP, and in accordance with Fed. R. Civ. P. 34, submits the following Request

for Production of Documents to be answered and responded to under oath by the Defendants within thirty (30) days.

The information sought must be given whether secured by you, your agent, representative or attorney or any other person who has made this knowledge known to you or from whom you can get this information and who is competent to testify to the facts stated. Responses to these Requests for Production of Documents must be served upon the undersigned attorney for Defendants herein within thirty (30) days from the date these requests were served upon you.

These Requests for Production of Documents shall be deemed continuing so as to require supplemental answers if you or your attorneys obtain further information between the time answers/responses are served and the time of trial.

Documents produced pursuant to Fed. R. Civ. P. 34 must be produced within thirty (30) days from the date the Request for Production of Documents was served on you. If the documents are contained in an electronic format, the documents should be produced in a generally accepted and used electronic format.  The production of documents must be made to Chapman Law Group, 1441 W. Long Lake Rd., Suite 310, Troy, MI 48098 or other location agreed to between the parties.

## INSTRUCTIONS:

For production of electronic communication (RFP No. 1) and document production (RFP No. 2), please produce in the native format with copies of all

2

attachments related to said communication clearly identified and clearly linked to specific electronic or document production containing the attachment

### REQUEST FOR PRODUCTION OF DOCUMENTS

1.　　All *electronic communication* (emails, texts, voice mail, audio, video) regarding the following search terms during the period June 2021 through current.

- a. Scott King
  - i. Search terms
    1. Chapman
    2. Chapman Law Group
    3. Bankruptcy
    4. Attorney fees
    5. Michigan
    6. Bankruptcy counsel
    7. Chapman and Yescare  (words in the same document)
- b. Jennifer Finger
  - i. Search terms
    1. Chapman
    2. Chapman Law Group
    3. Bankruptcy
    4. Attorney fees
    5. Michigan
    6. Bankruptcy counsel
    7. Chapman and Yescare  (words in the same document)
- c. Isaac Lefkowitz
  - i. Search terms
    1. Chapman
    2. Chapman Law Group
    3. Bankruptcy
    4. Attorney fees
    5. Michigan
    6. Jones
    7. Settlement(s)

8. Bankruptcy counsel
9. Chapman and Yescare (in the same document)

d. Lynette Corbit
    i. Search terms
       1. Chapman
       2. Chapman Law Group
       3. Bankruptcy
       4. Attorney fees
       5. Michigan
       6. Bankruptcy counsel
       7. Chapman and Yescare (words in the same document)

e. Corizon Health, Inc. Chief Financial Officer
    i. Search terms
       1. Chapman
       2. Chapman Law Group
       3. Bankruptcy
       4. Attorney fees
       5. Michigan
       6. Bankruptcy counsel
       7. Chapman and Yescare (words in the same document)

2.     All *documents* (letters, PowerPoints, charts, graphs, etc.) regarding the following search terms during the period June 2021 through current

a. Scott King
    i. Search terms
       1. Chapman
       2. Chapman Law Group
       3. Bankruptcy
       4. Attorney fees
       5. Michigan
       6. Bankruptcy counsel

b. Jennifer Finger
    i. Search terms
       1. Chapman

4

2. Chapman Law Group
3. Bankruptcy
4. Attorney fees
5. Michigan
6. Bankruptcy counsel

c. Isaac Lefkowitz
   i. Search terms
      1. Chapman
      2. Chapman Law Group
      3. Bankruptcy
      4. Attorney fees
      5. Michigan
      6. Jones
      7. Settlement(s)
      8. Bankruptcy Counsel

d. Lynette Corbit
   i. Search terms
      1. Chapman
      2. Chapman Law Group
      3. Bankruptcy
      4. Attorney fees
      5. Michigan

e. Stephen Brown
   i. Search terms
      1. aa Chapman
      2. Chapman Law Group
      3. Bankruptcy
      4. Attorney fees
      5. Michigan
      6. Bankruptcy counsel

f. Corizon Health, Inc. Chief Financial Officer
   i. Search terms
      1. Chapman
      2. Chapman Law Group
      3. Bankruptcy
      4. Attorney fees

5

   5. Michigan

   6. Bankruptcy counsel

  3. All correspondence to and/or from Chapman Law Group, including text messages, regarding any topic except PL assignments and communication with James Rachal.

  4. All correspondence to and/or from any person employed by Corizon Health, Inc. and any attorney representing Corizon Health, Inc. that had an unpaid balance of any amount of attorney fees between February 1, 2022, and February 15, 2023 during any period referencing YesCare and the payment of attorney fees.

  5. Produce a copy of the retainer agreement between bankruptcy counsel(s) and Corizon Health, Inc.  If more than one (1) retainer agreement produce all copies.

  6. Produce the financial balance sheet and profit and Loss statement of Corizon Health, Inc. as of August 18, 2022.

  7. Produce a copy of the resume of: Issaac Lefkowitz, Scott King, Jennifer Finger, Lynn Corbitt, and the Chief Financial Officer serving between February 1, 2022, and February 15, 2023.

  8. Produce a listing of all Corizon Panel Counsel (name of attorney, name of law firm, address, email and telephone number) as of August 18, 2022, and all changes that occurred between August 19, 2022 and February 28, 2023.

9.     Produce a listing of all Panel Counsel that were ever paid with Yescare funds for work performed on behalf of Corizon Health, Inc.

10.     Produce a copy of all payments to Chapman Law Group that came from YesCare or were paid with from YesCare funds.

11.     Produce a copy of all checks that were made payable to one or more Corizon panel counsel written from Metropolitan Commercial Bank account # 499038371.

Respectfully submitted,
CHAPMAN LAW GROUP

Dated: December 20, 2023

Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
Jonathan C. Lanesky (P59740)
Nicholas B. Pillow (P83927)
Attorneys for Plaintiff
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
jlanesky@chapmanlawgroup.com
npillow@chapmanlawgroup.com

7

## **PROOF OF SERVICE**

I certify that *Plaintiff's First Set of Request for Production to YesCare* was served upon all attorneys of record as listed on this 20th day of December, 2023 by means of:

[  ] U.S. Mail   [  ] Hand Delivery
[x ] Email   [  ] _____

*Melissa Kairis*
MELISSA KAIRIS