**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

CHAPMAN & ASSOCIATES, P.C.
d/b/a CHAPMAN LAW GROUP,

  Plaintiff,

v.

YESCARE, ISAAC LEFKOWITZ,
(individually and corporate capacity), and
SCOTT KING, (corporate capacity only),

  Defendants.

Case No: 2:23-cv-11210
District Judge: Bernard A. Friedman
Magistrate Judge: Kimberly G. Altman

| | |
|---|---|
| CHAPMAN LAW GROUP | BUTZEL LONG |
| Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) | Max J. Newman (P51483) |
| Jonathan C. Lanesky (P59740) | *Attorney for YesCare, Isaac Lefkowitz, and Scott King* |
| Nicholas B. Pillow (P83927) | |
| *Attorneys for Plaintiff* | 201 W. Big Beaver Rd., Suite 1200 |
| 1441 West Long Lake Rd., Suite 310 | Troy, MI 48084 |
| Troy, MI 48098 | (248) 258-2907 |
| (248) 644-6326 | newman@butzel.com |
| rchapman@chapmanlawgroup.com | |
| jlanesky@chapmanlawgroup.com | |
| npillow@chapmanlawgroup.com | |

**EXHIBIT B TO PLAINTIFF CHAPMAN LAW GROUP'S MOTION TO
COMPEL DISCOVERY FROM DEFENDANTS**

**PRODUCTION DELIVERY SPECIFICATIONS**

General Instructions

1.  A cover letter should be included with each production and shall include information sufficient to identify all accompanying media (e.g., CD, DVD, Hard Drive, or USB drive).

2.  Data can be produced via FTP transfer or on CD, DVD, Hard Drive, or USB drive.

3.  Label all media with the following:

    a.  Case number,

    b.  Production date,

    c.  Bates range (if possible), and

    d.  Disk number (1 of X, 2 of X, etc.), if applicable.

4.  All productions should be checked and produced free of computer viruses.

Image Load Files:

1.  Image load (cross-reference) files should be produced in Relativity Image (Opticon) format.

2.  The name of the image load file should mirror the name of the delivery volume, and should have the appropriate extension (e.g., ABC001.OPT).

3.  The volume names should be consecutive (e.g., ABC001, ABC002, *et seq.*).

4.  There should be one row in the load file for every TIFF image in the production.

5.  Every image in the delivery volume should be cross-referenced in the image load file.

6.  Load files should not span across media (i.e., a separate volume should be created for each piece of media delivered).

Relativity Data Load Files:

1.  Data load files should be produced in Relativity .DAT format.

2.  The data load file should use standard Relativity delimiters.

3.  All attachments should sequentially follow the parent document/email.

4.  Use carriage-return to indicate the start of the next record.

5.      Load files should not span across media (i.e., a separate volume should be created for each piece of media delivered).

6.      The name of the data load file should mirror the name of the delivery volume, and should have a .DAT extension (e.g., ABC001.DAT).

7.      The volume names should be consecutive (e.g., ABC001, ABC002, *et seq.*).

OCR/Extracted Text Files

1.      OCR or Extracted Text files shall be provided in a separate directory containing Document level text files.

**METADATA FIELDS**

For all Documents produced, the below metadata fields, if available at the time of collection and processing and unless such metadata fields are protected from disclosure by attorney-client privilege or work-product immunity or otherwise prohibited from disclosure by law or regulation, shall be provided in the data load file. Where a Document has been produced with redactions of subject matter that are the same subject matter of a metadata field, the corresponding content of that metadata field may be omitted.

The term "Scanned Docs" refers to documents that are in paper form at the time of collection and have been scanned into *.tif images. The term "Email and E-Docs" refers to files that are in electronic form at the time of their collection.

| FIELD NAME | SAMPLE DATA | SCANNED DOCS | EMAIL AND E-DOCS | COMMENTS |
|---|---|---|---|---|
| PRODBEG | ABC00000001 | Yes | Yes | Beginning production number |
| PRODEND | ABC00000008 | Yes | Yes | Ending production number |
| PRODBEGATT | ABC00000009 | Yes | Yes | Beginning production number of parent in a family |
| PRODENDATT | ABC00001005 | Yes | Yes | Ending production number of last page of the last attachment in a family |
| CUSTODIAN(S) | Smith, John | Yes | Yes | Custodian(s) that possessed the document or electronic file—multiple custodians separated by semicolon |

3

| FILEDESC | Microsoft Office 2007 Document | N/A | Yes | Description of the type file for the produced record. |
|---|---|---|---|---|
| FOLDER | \My Documents\Document1.doc | N/A | Yes | Original source folder for the record produced. |
| FILENAME | Document1.doc | N/A | Yes | Name of original electronic file as collected. |
| DOCEXT | DOC | N/A | Yes | File extension for email or e-doc |
| PAGES | 2 | Yes | Yes | Number of pages in the produced document or electronic file. |
| AUTHOR | John Smith | N/A | Yes | Author information as derived from the properties of the document. |
| DATECREATED | 10/09/2005 | N/A | Yes | Date that non-email file was created as extracted from file system metadata |
| DATELASTMOD | 10/09/2005 | N/A | Yes | Date that non-email file was modified as extracted from file system metadata |
| SUBJECT | Changes to Access Database | N/A | Yes | "Subject" field extracted from email message or metadata properties of the document |
| FROM | John Beech | N/A | Yes | "From" field extracted from email message |
| TO | Janice Birch | N/A | Yes | "To" field extracted from email message |
| CC | Frank Maple | N/A | Yes | "cc" or "carbon copy" field extracted from email message |
| BCC | John Oakwood | N/A | Yes | "bcc" or "blind carbon copy" field extracted from email message |

4

| DATESENT | 10/10/2005 | N/A | Yes | Sent date of email message (mm/dd/yyyy format) |
|---|---|---|---|---|
| TIMESENT | 10:33 am | N/A | Yes | Sent time of email message, time zone set to GMT |
| DATERCVD | 10/10/2005 | N/A | Yes | Received date of email message (mm/dd/yyyy format) |
| TIMERCVD | 10:33 am | N/A | Yes | Received time of email message, time zone set to GMT |
| CONFIDENTIALITY | CONFIDENTIAL | Yes | Yes | Text of confidentiality designation, if any |
| REDACTION | REDACTED | Yes | Yes | User-generated field indicating whether a document was redacted. |
| TEXTPATH | Text\001\001\ABC00000001.txt | Yes | Yes | Path to *.txt file containing extracted or OCR text |
| MD5 HASH | 30999747f4e6d7b ef786e614ff2cf4b 0 | N/A | Yes | MD5 Hash for electronic document |
| REPLACEMENT | REPLACEMENT | Yes | Yes | "Replacement" indicates the image is a replacement for a previously produced image; otherwise blank. |
| PRODVOL | VOL001 | Yes | Yes | Name of the Production Volume |
| NATIVEPATH | Natives\0001\ABC 00000001.xls | N/A | Yes | Path and file name for native file on production media |

5