## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

CHAPMAN & ASSOCIATES, P.C.
d/b/a CHAPMAN LAW GROUP,

      Plaintiff,

v.

YESCARE, ISAAC LEFKOWITZ,
(individually and corporate capacity), and
SCOTT KING, (corporate capacity only),

      Defendants.

Case No: 2:23-cv-11210
District Judge: Bernard A. Friedman
Magistrate Judge: Kimberly G. Altman

| CHAPMAN LAW GROUP | BUTZEL LONG |
|---|---|
| Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) | Max J. Newman (P51483) |
| Jonathan C. Lanesky (P59740) | *Attorney for YesCare, Isaac Lefkowitz, and Scott King* |
| Nicholas B. Pillow (P83927) | 201 W. Big Beaver Rd., Suite 1200 |
| *Attorneys for Plaintiff* | Troy, MI 48084 |
| 1441 West Long Lake Rd., Suite 310 | (248) 258-2907 |
| Troy, MI 48098 | newman@butzel.com |
| (248) 644-6326 | |
| rchapman@chapmanlawgroup.com | |
| jlanesky@chapmanlawgroup.com | |
| npillow@chapmanlawgroup.com | |

## EXHIBIT C TO PLAINTIFF CHAPMAN LAW GROUP'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS

## Nicholas B. Pillow

| | |
|---|---|
| **From:** | Nicholas B. Pillow |
| **Sent:** | Tuesday, January 23, 2024 4:13 PM |
| **To:** | Newman, Max J. |
| **Subject:** | RE: Thanks for your message |

Yes that would be consistent with what we were looking for in change for discovery deadline.

**From:** Newman, Max J. <newman@butzel.com>
**Sent:** Tuesday, January 23, 2024 2:54 PM
**To:** Nicholas B. Pillow <npillow@chapmanlawgroup.com>
**Subject:** Thanks for your message

I will send you out a Stipulation tomorrow – Discovery answers by February 5, and the Discovery deadline extended to July 11 (with no other changes).  Does that work for you?

**Max Newman**
*Shareholder*
**newman@butzel.com**

**Direct: (248) 258-2907  |  Mobile: (248) 835-4746**



Main: (248) 258-1616  |  Fax: (248) 258-1439
201 W. Big Beaver, Suite 1200  |  Troy, MI  48084



Confidentiality Statement: This message, including attachments, may be confidential, legally privileged, and/or subject to data privacy protections. If not for you, do not review, use or share it; notify us immediately and delete it. Thank you.

1