**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

CHAPMAN & ASSOCIATES, P.C.
d/b/a CHAPMAN LAW GROUP,

      Plaintiff,

v.

YESCARE, ISAAC LEFKOWITZ,
(individually and corporate capacity), and
SCOTT KING, (corporate capacity only),

      Defendants.

Case No: 2:23-cv-11210
District Judge: Bernard A. Friedman
Magistrate Judge: Kimberly G. Altman

---

| | |
|---|---|
| CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A.,<br>LL.M. (P37603)<br>Jonathan C. Lanesky (P59740)<br>Nicholas B. Pillow (P83927)<br>*Attorneys for Plaintiff*<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>jlanesky@chapmanlawgroup.com<br>npillow@chapmanlawgroup.com | BUTZEL LONG<br>Max J. Newman (P51483)<br>*Attorney for YesCare, Isaac Lefkowitz,*<br>*and Scott King*<br>201 W. Big Beaver Rd., Suite 1200<br>Troy, MI 48084<br>(248) 258-2907<br>newman@butzel.com |

**EXHIBIT D TO PLAINTIFF CHAPMAN LAW GROUP'S MOTION TO
COMPEL DISCOVERY FROM DEFENDANTS**

1

## Nicholas B. Pillow

| | |
|---|---|
| **From:** | Newman, Max J. <newman@butzel.com> |
| **Sent:** | Tuesday, February 6, 2024 2:40 PM |
| **To:** | Nicholas B. Pillow |
| **Subject:** | Narrowing document production |
| **Attachments:** | Chapman v. YC - Initial STR Results  2024.02.04 (CAV) .png; Chapman v. YC - Initial STR Results WITH YC EDITS - 2024.02.05 (CAV) .png |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Nicholas:

I have attached search results from the emails. The first attachment is the search results from the search terms in the discovery requests with no limits.  As you can see, it returned too many documents and needs to be narrowed.

We limited the search with some connecting terms and the second attachment is the result of that search.  It reduced the size of the results substantially, but still provided too many documents.

Please note, however, "Jones" is listed as a search term and my client was not sure what that referred to so we didn't include that in the second query – please clarify as Jones is the second most common surname and could lead to an enormous number of hits.

Please let me know how you wish to narrow the search terms to prevent excessive costs and burden to my client and the process.

**Max Newman**
*Shareholder*
**newman@butzel.com**

**Direct: (248) 258-2907  |  Mobile: (248) 835-4746**



Main: (248) 258-1616  |  Fax: (248) 258-1439
201 W. Big Beaver, Suite 1200  |  Troy, MI  48084

   

Confidentiality Statement: This message, including attachments, may be confidential, legally privileged, and/or subject to data privacy protections. If not for you, do not review, use or share it; notify us immediately and delete it. Thank you.