## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

CHAPMAN & ASSOCIATES, P.C.
d/b/a CHAPMAN LAW GROUP,

    Plaintiff,

v.

YESCARE, ISAAC LEFKOWITZ,
(individually and corporate capacity), and
SCOTT KING, (corporate capacity only),

    Defendants.

Case No: 2:23-cv-11210
District Judge: Bernard A. Friedman
Magistrate Judge: Kimberly G. Altman

---

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
Jonathan C. Lanesky (P59740)
Nicholas B. Pillow (P83927)
*Attorneys for Plaintiff*
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
jlanesky@chapmanlawgroup.com
npillow@chapmanlawgroup.com

BUTZEL LONG
Max J. Newman (P51483)
*Attorney for YesCare, Isaac Lefkowitz,*
*and Scott King*
201 W. Big Beaver Rd., Suite 1200
Troy, MI 48084
(248) 258-2907
newman@butzel.com

---

## EXHIBIT F TO PLAINTIFF CHAPMAN LAW GROUP'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS

1

**Nicholas B. Pillow**

| | |
|---|---|
| **From:** | Newman, Max J. <newman@butzel.com> |
| **Sent:** | Friday, March 22, 2024 7:04 AM |
| **To:** | Ronald Chapman Sr. |
| **Cc:** | Nicholas B. Pillow |
| **Subject:** | Re: [EXTERNAL] outstanding ESI discovery |

I have a call with them on Tuesday to hopefully finalize the production. I will let you know ASAP.
Sent from my iPhone

**Max Newman**
*Shareholder*
newman@butzel.com

**Direct: (248) 258-2907  |  Mobile: (248) 835-4746**

**BUTZEL**

Main: (248) 258-1616  |  Fax: (248) 258-1439
201 W. Big Beaver, Suite 1200  |  Troy, MI  48084

A LexMundi Member

Confidentiality Statement: This message, including attachments, may be confidential, legally privileged, and/or subject to data privacy protections. If not for you, do not review, use or share it; notify us immediately and delete it. Thank you.

On Mar 22, 2024, at 7:00 AM, Ronald Chapman Sr. <rchapman@chapmanlawgroup.com> wrote:

Max,
What is the status of delivering to us the ESI we requested.  Discovery is coming to an end and we need these documents.

**RONALD W. CHAPMAN SR., MPA, LL.M.** | Founding Shareholder, President & CFO

FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!

Florida: 6841 Energy Ct., Sarasota, FL 34240
941.893.3449 (o)  248-227-4021 (c)

Michigan: 1441 West Long Lake Rd., Ste. 310, Troy, MI 48098
248.644.6326

Email: rchapman@chapmanlawgroup.com
Web: www.chapmanlawgroup.com



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.



<IMAGE005.PNG>