## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

CHAPMAN & ASSOCIATES, P.C.
d/b/a CHAPMAN LAW GROUP,

      Plaintiff,

v.

YESCARE, ISAAC LEFKOWITZ,
(individually and corporate capacity), and
SCOTT KING, (corporate capacity only),

      Defendants.

Case No: 2:23-cv-11210
District Judge: Bernard A. Friedman
Magistrate Judge: Kimberly G. Altman

---

| CHAPMAN LAW GROUP | BUTZEL LONG |
|---|---|
| Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) | Max J. Newman (P51483) |
| Jonathan C. Lanesky (P59740) | *Attorney for YesCare, Isaac Lefkowitz, and Scott King* |
| Nicholas B. Pillow (P83927) | 201 W. Big Beaver Rd., Suite 1200 |
| *Attorneys for Plaintiff* | Troy, MI 48084 |
| 1441 West Long Lake Rd., Suite 310 | (248) 258-2907 |
| Troy, MI 48098 | newman@butzel.com |
| (248) 644-6326 | |
| rchapman@chapmanlawgroup.com | |
| jlanesky@chapmanlawgroup.com | |
| npillow@chapmanlawgroup.com | |

## EXHIBIT G TO PLAINTIFF CHAPMAN LAW GROUP'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS

## Nicholas B. Pillow

| | |
|---|---|
| **From:** | Newman, Max J. <newman@butzel.com> |
| **Sent:** | Tuesday, April 9, 2024 9:33 AM |
| **To:** | Nicholas B. Pillow |
| **Cc:** | Ronald Chapman Sr.; Melissa Kairis |
| **Subject:** | RE: Chapman & Associates v. YesCare - Overdue Discovery and Deposition |

==I do not believe an order to compel is appropriate at this point== as the delay in discovery is largely caused by the breadth of the initial discovery which would have required screening over 60,000 documents, over 90% of which would have had no connection to the claims that CLG is attempting to prove in this case.

**Max Newman**
*Shareholder*
newman@butzel.com

**Direct: (248) 258-2907  |  Mobile: (248) 835-4746**



Main: (248) 258-1616  |  Fax: (248) 258-1439
201 W. Big Beaver, Suite 1200  |  Troy, MI  48084

 A LexMundi Member

**From:** Nicholas B. Pillow <npillow@chapmanlawgroup.com>
**Sent:** ==Thursday, April 4, 2024 1:04 PM==
**To:** Newman, Max J. <newman@butzel.com>
**Cc:** Ronald Chapman Sr. <rchapman@chapmanlawgroup.com>; Melissa Kairis <mkairis@chapmanlawgroup.com>
**Subject:** [EXTERNAL] FW: Chapman & Associates v. YesCare - Overdue Discovery and Deposition

Good afternoon Max,

Melissa forwarded on your email below regarding timing of productions. Since this will be the second extension on our initial discovery requests, ==served in December of last year,== we will need an order stating Defendants will produce the requested discovery, including all responsive documents, by a date certain. ==Consistent with the April 20 date proposed in your email below I have put together the attached Stipulated order to that effect. T==he proposed order also includes reference to the production format document that Mr. Chapman sent to you earlier this week. Please review the attachments and advise if we may sign your name.

Best

Nick

**NICHOLAS B. PILLOW** | Attorney

1441 West Long Lake Rd., Ste. 310, Troy, MI 48098
Phone: (248) 644-6326 / (269) 256-4627 Ext: 2003
Direct Dial: (269) 256-6187

Email: npillow@chapmanlawgroup.com
Web: www.chapmanlawgroup.com



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.

**From:** Melissa Kairis <mkairis@chapmanlawgroup.com>
**Sent:** Thursday, April 4, 2024 12:11 PM
**To:** Ronald Chapman Sr. <rchapman@chapmanlawgroup.com>
**Cc:** Nicholas B. Pillow <npillow@chapmanlawgroup.com>
**Subject:** FW: Chapman & Associates v. YesCare - Overdue Discovery and Deposition

The new scheduling order was entered today. Please see email from Newman.

**MELISSA KAIRIS** | Litigation Manager | Paralegal

1441 West Long Lake Rd., Ste. 310, Troy, MI 48098
Phone: (248) 644-6326
Email: mkairis@chapmanlawgroup.com
Web: www.chapmanlawgroup.com



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326

**From:** Newman, Max J. <newman@butzel.com>
**Sent:** Thursday, April 4, 2024 11:07 AM
**To:** Melissa Kairis <mkairis@chapmanlawgroup.com>
**Subject:** RE: Chapman & Associates v. YesCare - Overdue Discovery and Deposition

We are working towards getting the discovery out by approximately April 20.  We are working with e-discovery specialists to ensure that the discovery is properly managed.

What is the status of your motion to extend all case deadlines?

**Max Newman**
*Shareholder*
**newman@butzel.com**

Direct: (248) 258-2907  |  Mobile: (248) 835-4746



Main: (248) 258-1616  |  Fax: (248) 258-1439
201 W. Big Beaver, Suite 1200  |  Troy, MI  48084

 A LexMundi Member

---

**From:** Melissa Kairis <mkairis@chapmanlawgroup.com>
**Sent:** <mark>Wednesday, March 27, 2024 10:08 AM</mark>
**To:** Newman, Max J. <newman@butzel.com>
**Subject:** [EXTERNAL] Chapman & Associates v. YesCare - Overdue Discovery and Deposition
**Importance:** High

Good morning Mr. Newman,

This email is in follow up to the voicemail I left you this morning. Please advise when we can expect the ediscovery in this matter as it is overdue. Further, Mr. Chapman has requested the depositions of Stephen Brown and Jennifer Finger. Please provide me with their availability as soon as possible. After those depositions are completed, we would like to take the depositions of Scott King, Isaac Lefkowitz, and Lynette Corbitt in early May or June. Please provide dates for these depositions as well. If you have any questions, please let me know.

Thank you,

Melissa

**MELISSA KAIRIS** | Litigation Manager | Paralegal

1441 West Long Lake Rd., Ste. 310, Troy, MI 48098
Phone: (248) 644-6326
Email: mkairis@chapmanlawgroup.com
Web: www.chapmanlawgroup.com



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326

---

Confidentiality Statement: This message, including attachments, may be confidential, legally privileged, and/or subject to data privacy protections. If not for you, do not review, use or share it; notify us immediately and delete it. Thank you.