Case 2:23-cv-11210-SJM-KGA   ECF No. 34-8, PageID.326   Filed 04/09/24   Page 1 of 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

CHAPMAN & ASSOCIATES, P.C.
d/b/a CHAPMAN LAW GROUP,

      Plaintiff,

v.

YESCARE, ISAAC LEFKOWITZ,
(individually and corporate capacity), and
SCOTT KING, (corporate capacity only),

      Defendants.

Case No: 2:23-cv-11210
District Judge: Bernard A. Friedman
Magistrate Judge: Kimberly G. Altman

---

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
Jonathan C. Lanesky (P59740)
Nicholas B. Pillow (P83927)
*Attorneys for Plaintiff*
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
jlanesky@chapmanlawgroup.com
npillow@chapmanlawgroup.com

BUTZEL LONG
Max J. Newman (P51483)
*Attorney for YesCare, Isaac Lefkowitz,*
*and Scott King*
201 W. Big Beaver Rd., Suite 1200
Troy, MI 48084
(248) 258-2907
newman@butzel.com

---

## EXHIBIT H TO PLAINTIFF CHAPMAN LAW GROUP'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

CHAPMAN & ASSOCIATES, P.C.
d/b/a CHAPMAN LAW GROUP,

    Plaintiff,

v.

YESCARE, ISAAC LEFKOWITZ,
(individually and corporate capacity), and
SCOTT KING, (corporate capacity only),

    Defendants.

Case No: 2:23-cv-11210
District Judge: Bernard A. Friedman
Magistrate Judge: Kimberly G. Altman

| | |
|---|---|
| CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)<br>Jonathan C. Lanesky (P59740)<br>Nicholas B. Pillow (P83927)<br>*Attorneys for Plaintiff*<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>jlanesky@chapmanlawgroup.com<br>npillow@chapmanlawgroup.com | BUTZEL LONG<br>Max J. Newman (P51483)<br>*Attorney for YesCare, Isaac Lefkowitz, and Scott King*<br>201 W. Big Beaver Rd., Suite 1200<br>Troy, MI 48084<br>(248) 258-2907<br>newman@butzel.com |

## STIPULATED ORDER REGARDING DEFENDANTS RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS INCLUDING REQUESTS FOR PRODUCTION OF DOCUMENTS

This matter having come before the Court on the stipulation of the parties through their undersigned counsel; Plaintiff Chapman Law Group having served its initial discovery requests including requests for production of documents on Defendants on December 20, 2023; Plaintiff CLG having agreed to an extension of

time for responses including production of documents on or about January 26, 2024;

thereafter, the parties having engaged in good faith negotiations of production format

and search terms for certain ESI productions to reduce the burden of production on

the Defendants while maintaining the relevant and proportional search terms; the

parties having agreed upon relevant and proportional search terms on or about March

7, 2024; Defendants having failed to make the requested productions as of April 4,

2024; Defendants having indicated a date of April 20, 2024 as a feasible date by

which they could make productions; and the Court being otherwise fully advised of

the premises:

**IT IS HEREBY ORDERED** that Defendants will fully and completely

respond to Plaintiff's first set of Requests for Production of Documents, including

full and complete production of responsive documents and ESI, including all

production resulting from the agreed upon search terms as reflected in Exhibit A to

this Order, by April 20, 2024.

**IT IS FURTHER ORDERED** that all ESI shall be produced in the agreed

upon format described in Exhibit B to this order.

**This is not a final order and does not close the case.**

Date:_____                                        _____

                                                        Hon. Bernard A. Friedman

Approved as to form and substance:

| | |
|---|---|
| *s/Ronald W. Chapman Sr.* | *s/* |
| Chapman Law Group | Butzel Long |
| Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) | Max J. Newman (P51483) |
| Jonathan C. Lanesky (P59740) | *Attorney for YesCare, Isaac Lefkowitz, and Scott King* |
| Nicholas B. Pillow (P83927) | 201 W. Big Beaver Rd., Suite 1200 |
| *Attorneys for Plaintiff* | Troy, MI 48084 |
| 1441 West Long Lake Rd., Suite 310 | (*248*) 258-2907 |
| Troy, MI 48098 | newman@butzel.com |
| (248) 644-6326 | |
| rchapman@chapmanlawgroup.com | |
| jlanesky@chapmanlawgroup.com | |
| npillow@chapmanlawgroup.com | |