## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

CHAPMAN & ASSOCIATES, P.C.
d/b/a CHAPMAN LAW GROUP,

     Plaintiff,

v.

YESCARE, ISAAC LEFKOWITZ,
(individually and corporate capacity), and
SCOTT KING, (corporate capacity only),

     Defendants.

Case No: 2:23-cv-11210
District Judge: Stephen J. Murphy III
Magistrate Judge: Kimberly G. Altman

---

| CHAPMAN LAW GROUP | BUTZEL LONG |
|---|---|
| Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) | Max J. Newman (P51483) |
| Jonathan C. Lanesky (P59740) | *Attorney for YesCare, Isaac Lefkowitz, and Scott King* |
| Nicholas B. Pillow (P83927) | 201 W. Big Beaver Rd., Suite 1200 |
| *Attorneys for Plaintiff* | Troy, MI 48084 |
| 1441 West Long Lake Rd., Suite 310 | (248) 258-2907 |
| Troy, MI 48098 | newman@butzel.com |
| (248) 644-6326 | |
| rchapman@chapmanlawgroup.com | |
| jlanesky@chapmanlawgroup.com | |
| npillow@chapmanlawgroup.com | |

---

## JOINT DISCOVERY STATUS UPDATE

NOW COMES Plaintiff, Chapman & Associates, P.C., and Defendants, YesCare, Scott King and Isaac Lefkowitz, by and through their undersigned counsel and hereby submits the following Joint Discovery Status Report.

The Amended Scheduling Order (ECF 33) sets June 27, 2024, as the discovery deadline.   Plaintiff asserts that it is unable to complete its discovery and take meaningful Depositions within the set time frame due to Defendants consistent failure to comply with basic discovery deadlines.

### *PLAINTIFF TO DEFENDANTS DISCOVERY:*

1. **Requests to Admit** - On Dec. 20, 2023, Plaintiff served Requests For Admission on Defendants. On or about Feb. 9, 2024, Defendants timely answered the Requests to Admit.

2. **1st Interrogatories** – On Dec. 20, 2023, Plaintiff served 1st Set of Interrogatories on all Defendants.  On or about Feb. 9, 2024, Defendants answered the Interrogatories.

3. **2nd Interrogatories** – On April 1, 2024, Plaintiff served a 2nd Set of Interrogatories on all Defendants.  As of May 10, 2024, no answers have been provided by Defendants.

4. **Request for Production -** On Dec. 20, 2023, Plaintiff served Requests to Produce on all Defendants. Defendants responded several times to Plaintiff with demand that the Requests be narrowed, as they would require analysis of over 60,000 electronic documents entirely irrelevant to this case, including search requests such as "Michigan".  After several rounds of narrowed scope, on April 22, 2024, Defendants delivered electronic documentation (over 1,000 pages documents). On May 3, 2024, Defendants sent a second dump of electronic documents (over 1,000 documents). Plaintiff has demanded that the Defendants identify the categories that the documents respond to pursuant to Fed. R. Civ. P. 34(e).

2

5. **Depositions –** On April 12, 2024, Plaintiff set the Depositions of all Defendants to occur on May 2, 2024 and May 20, 2024. Several days before the May 2, 2024 Deposition date, Defendants canceled all Depositions. The Depositions have not been rescheduled as of this date.

## *DEFENDANTS TO PLAINTIFF DISCOVERY*

1. **Requests to Admit** – were served on Plaintiff on April 11, 2024. Plaintiff responded on April 29, 2024.

2. **Interrogatories** - were served on Plaintiff on April 11, 2024.

3. **Requests for Production** - were served on Plaintiff on April 11, 2024.

DATED:  *MAY 10, 2024*

Respectfully submitted,

CHAPMAN LAW GROUP                              BUTZEL LONG

*/s/ Ronald W. Chapman, Sr.*                        */s/ Max J. Newman*
Ronald W. Chapman, Sr. M.P.A.,               Max J. Newman (P51483)
L.L.M. (P37603)                                         Attorney for Defendants
Jonathan C. Lanesky (P59740)                  201 W Big Beaver Road
Nicholas B. Pillow (P83927)                     Suite 1200
Attorneys for Plaintiff                              Troy, MI 48084
1441 West Long Lake Road, Suite #310    (248) 258-2907
Troy, Michigan 48098                              newman@butzel.com
(248) 644-6326
rchapman@chapmanlawgroup.com
jlanesky@chapmanlawgroup.com
npillow@chapmanlawgroup.com

## PROOF OF SERVICE

I certify that Joint Discovery Status Report was served upon all attorneys of record at their respective address of record, as listed on this **10th** day of **MAY, 2024** by means of:

[  ] U.S. Mail   [  ] Hand Delivery
[  ] Facsimile   ☒ Email

*/S/ LISA M. MACHELL*
LISA M. MACHELL