UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAPMAN & ASSOCIATES, P.C.,

                  Case No. 2:23-cv-11210

      Plaintiff,

                  HONORABLE STEPHEN J. MURPHY, III

v.

YESCARE CORP, et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

The parties informed the Court's chambers that they resolved the dispute. ECF 47. Because of the resolution, there is no longer a case or controversy between the parties. The Court will therefore dismiss the case with prejudice. The Court will retain jurisdiction to resolve any disputes over settlement matters. The Court is most appreciative of the parties' efforts to resolve the case and to keep the Court informed of developments.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

This is a final order that closes the case.

**SO ORDERED.**

                  s/ Stephen J. Murphy, III
                  STEPHEN J. MURPHY, III
                  United States District Judge

Dated: August 16, 2024

1