UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAPMAN & ASSOCIATES, P.C.,

                Plaintiff,

v.

YESCARE CORP, et al.,

                Defendants.

_____/

Case No. 2:23-cv-11210

HONORABLE STEPHEN J. MURPHY, III

### **ORDER DENYING MOTION TO SEAL [49]**

In 2024, the Court dismissed the case with prejudice. ECF No. 48. Almost two years later, Plaintiff moved to seal the settlement agreement that purportedly is "Exhibit A" to a forthcoming motion to enforce the settlement agreement. ECF No. 49. Because the motion does not comply with the Local Rules, the Court will deny it without prejudice.

"The federal courts do their business in public—which means the public is presumptively entitled to review every document that a party files with the court for purposes of influencing a judicial decision." *Grae v. Corr. Corp. of Am.*, 134 F.4th 927, 930 (6th Cir. 2025) (Kethledge, J.). Because of the presumption against sealing, Local Rule 5.3(b) sets out specific procedures that parties must adhere to when filing a motion to seal. Among other requirements, the movant must provide "a detailed analysis, with supporting evidence and legal citations, demonstrating that the request to seal satisfies controlling legal authority." E.D. Mich. L.R. 5.3(b)(3)(A)(iv).

1

Here, Plaintiff did not provide any detailed or specific analysis as to why the Court should seal the underlying settlement agreement, let alone the entire document. *See* ECF No. 49. Without specific analysis or evidence, and given the strong presumption against sealing, the Court will not shield the settlement agreement from public view. The Court will therefore deny Plaintiff's motion to seal without prejudice for noncompliance with the Court's Local Rules. Future motions to seal should grapple with the Sixth Circuit's recent decision in *Grae* and must comply with Local Rule 5.3(b).

**WHEREFORE**, it is hereby **ORDERED** that Plaintiff's motion to seal [49] is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: April 3, 2026

2